```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
INGRID VANDEBOSCH                  :        Case No. 04 cv 5850
                                   :
          Plaintiff,               :
                                   :        RULE 7.1 STATEMENT
                                   :
          vs.                      :
                                   :
IMG MODELS, INC.,                  :
                                   :
          Defendant.               :
---------------------------------- X
```

Pursuant to Rule 7.1 [formerly Local General Rule 1.9] of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: None.

Dated: July 27, 2004                    __\s\ Kenneth Sussmane_
                                        Kenneth Sussmane
                                        (KS9301)